# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
### November 8, 2000 Session

## STATE OF TENNESSEE v. JOHN RUFF

### Circuit Court for Shelby County
### No. 96-09407, 08

---

### No. W1999-01536-CCA-R3-CD - Filed January 19, 2001

---

James Curwood Witt, Jr., J., concurring and dissenting.

I concur with the majority's rationale that led to the conclusion that the charges were properly dismissed below without prejudice. However, I also agree with the majority's statements about the unavailability of a Rule 3 appeal in this case. Because no appeal as a matter of right is availed to the defendant under Rule 3, I would conclude that this court is without jurisdiction to consider the defendant's issue with respect to the dismissal of charges without prejudice. *See* Tenn. R. App. P. 3(b). Although the practical result is the same in that the action of the trial court is not being reversed, I would dismiss the appeal.

The majority has undertaken to consider the substantive issue, and had we the jurisdiction to consider it, I would concur in Judge Welles's excellent analysis.

_____
JAMES CURWOOD WITT, JR., JUDGE